# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANA OJEDA, | Case No. 2:20-cv-00821-RFB-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| REGAL ENTERTAINMENT GROUP, ET AL., | |
| Defendant. | |

This matter is before the Court on the parties' Proposed Joint Discovery Plan and Scheduling Order (ECF No. 6), filed on December 29, 2020. The Court notes that the parties' plan fails to comply with Local Rule 26-1 for several reasons. First, it fails to state "SPECIAL SCHEDULING REVIEW REQUESTED" under the caption as outlined in Local Rule 26-1(a). Second, the parties fail to include the information required by LR 26-1(b)(5), (7)(8) and (9). Third, the parties include an interim status report deadline and cite to outdated LR 26-3. As a reminder, the Local Rules of Practice for the District of Nevada were amended and adopted on April 17, 2020. The parties are directed to review the amendments to the Local Rules, specifically Local Rules 26-1 through 26-7. The Court will not approve an interim status report deadline as no such deadline exists under the amended Local Rules.

Accordingly,

IT IS THEREFORE ORDERED that the parties' Joint Discovery Plan and Scheduling Order (ECF No. 6) is **denied without prejudice**.

///

///

///

///

IT IS FURTHER ORDERED that the parties shall meet and confer and file a revised stipulated discovery plan and scheduling order in compliance with Local Rule 26-1 by January 12, 2021.

DATED: January 5, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE