```
1   JASON M. PECK, ESQ.
    Nevada Bar No. 8034
2   RAYMOND E. MCKAY, ESQ.
    Nevada Bar No. 8569
3   LAW OFFICES OF FOULGER & PECK
    P.O. Box 7218
4   London, KY 40742
    702-228-3176
5   866-221-6108 Fax
6   Email: LasVegasLegal@LibertyMutual.com
    Attorneys for Defendants
7
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANA OJEDA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>REGAL ENTERTAINMENT GROUP; REGAL CINEMAS, INC., EASTGATE THEATRE, INC., doing business as REGAL CINEMAS TEXAS STATION; DOES 1 through 100; and ROE CORPORATION 101 through 20O, inclusive,<br><br>Defendant(s). | Case No.:   2:20-CV-00821-RFB-DJA |

### STIPULATION AND ORDER FOR DISMISSAL

### WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, by and through counsel undersigned, and representation having been made that no Scheduling Order or Request for Trial Setting was filed and no trial date has been set; that the above-entitled action be dismissed with prejudice

//

//

and that an Order be entered accordingly, each party to bear their own attorneys' fees and costs.

Dated this 1st day of November, 2021.

| LAW OFFICES OF FOULGER & PECK | BERNSTEIN & POISSON |
|---|---|
| */s/ Raymond E. McKay* <br> By_____ <br> JASON M. PECK, ESQ. <br> Nevada Bar No. 10183 <br> RAYMOND E. MCKAY, ESQ. <br> Nevada Bar No. 8569 <br> P.O. Box 7218 <br> London, KY 40742 <br> Attorneys for Defendants | */s/ Amber King* <br> By_____ <br> SCOTT L. POISSON, ESQ. <br> Nevada Bar No. 10188 <br> AMBER KING, ESQ. <br> Nevada Bar No. 14070 <br> 320 S Jones Blvd <br> Las Vegas, NV 89107 <br> Attorney for Plaintiff ANA OJEDA |

## ORDER

Pursuant to the foregoing Stipulation, and good cause showing therefore:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the above-entitled action be dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

DATED this _____ day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
LAW OFFICES OF FOULGER & PECK

*/s/ Raymond E. McKay*
By_____
JASON M. PECK, ESQ.
Nevada Bar No. 8034
RAYMOND E. MCKAY, ESQ.
Nevada Bar No. 8569
P.O. Box 7218
London, KY 40742
Attorneys for Defendants

| | |
|---|---|
| **From:** | Mckay, Raymond |
| **To:** | Bustamante, Erika |
| **Subject:** | FW: Ojeda, Ana v Regal Entertainment P 949-325526-01 |
| **Date:** | Monday, November 1, 2021 6:42:03 AM |

**From:** Amber King <amber@vegashurt.com>
**Sent:** Monday, November 1, 2021 6:40 AM
**To:** Mckay, Raymond <Raymond.Mckay@LibertyMutual.com>
**Cc:** Sandra Orea <Sandra@vegashurt.com>; Arreola, Yaresi <Yaresi.Arreola@LibertyMutual.com>
**Subject:** {EXTERNAL} Re: Ojeda, Ana v Regal Entertainment P 949-325526-01

You can attach my esignature.


On Nov 1, 2021, at 6:19 AM, Mckay, Raymond <Raymond.Mckay@libertymutual.com> wrote:


Sandra and Amber: Did you receive the settlement check yet? I will need Amber's approval on the SAO once she receives it so we can close up the case.

**Raymond E. McKay, Esq.**
**Nevada Bar No. 8569**
Law Office of Foulger and Peck
Employees of Liberty Mutual Group, Inc.
Mailing address: P.O. Box 7218, London, KY 40742
Physical address: 7251 West Lake Mead Boulevard, Suite 250
Las Vegas. Nevada 89128
Direct: (702) 284-5919
Cellular: (702) 289-9624
Tel: (702) 228-3176
Network: 8-771-6655
Fax: (866) 221-6108
*Secretary: Erika (714) 922-2553*
Raymond.McKay@LibertyMutual.com
The information contained in this message is confidential. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, do not distribute or copy this communication. If you have received this communication in error, please notify us immediately by replying to the sender. Thank you for your cooperation.


**From:** Sandra Orea <Sandra@vegashurt.com>
**Sent:** Monday, October 18, 2021 10:12 AM
**To:** Mckay, Raymond <Raymond.Mckay@LibertyMutual.com>; Amber King